

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ARACELI GARDEA, | § | No. 08-23-00209-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| JOSE GARDEA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2023DCM1248) |

## <u>MEMORANDUM OPINION</u>

Before this Court is Appellant's amended motion to voluntarily dismiss this appeal. The amended motion to dismiss is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant). Costs of the appeal are taxed against Appellant. *See* TEX. R. APP. P. 42.1(d).

JEFF ALLEY, Chief Justice

January 11, 2024

Before Alley, C.J., Palafox, and Soto, JJ.